## WISE *v.* THE STATE.

*Lumpkin, J.*—There was no error in admitting evidence; the charge complained of, when considered in connection with the entire charge given, was neither erroneous nor misleading, and the evidence warranted the verdict          *Judgment affirmed.*

Submitted October 6,—Decided October 19, 1896.

Indictment for murder. Before Judge Beck. Henry superior court. April term, 1896.

*E. J. Reagan, T. W. Thurman* and *W. T. Dicken,* for plaintiff in error.

*O. H. B. Bloodworth,* solicitor-general, contra.